IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02521-WYD-MEH

PAGE PENK,

    Plaintiff,

v.

THE HONORABLE DENNIS BRINKER, President, Colorado State Land Board,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 18, 2007.**

Plaintiff's Emergency Life and Death Motion to Preserve *Status Quo* [Filed December 22, 2006; Docket #5] is **denied** without prejudice. This motion seeks the same relief as Plaintiff's First Motion to Preserve *Status Quo* [Docket #1], which this Court will address when it is fully briefed.

Because Plaintiff states that he no longer opposes Defendant's Motion for Extension of Time, Defendant's Motion for Enlargement of Time to File a Responsive Pleading [Filed January 3, 2007; Docket #9] is **granted**. Defendant's Response to Plaintiff's pleadings is to be filed on or before February 5, 2007.

Plaintiff's Emergency Objection to Legal "Literacy Test" being Enforced on Plaintiff by Colorado Attorney General, Emergency Motion for Appointment of Latin Translator, Plaintiff's Response to Defendant's Motion to Enlarge Time to File Responsive Pleading and Plaintiff's Motion for Setting of Schedule [Filed January 16, 2007; Docket #15] is **denied**. Essentially, Plaintiff seeks assistance with understanding the Federal Rules of Civil Procedure. These rules are not written in Latin and are available at numerous public libraries, as well as over the Internet. In addition, this Court does not have the authority to appoint an individual to assist Plaintiff in a civil action because no right to assistance exists in civil cases. *See Mallard v. United States District Court for the Southern Dist. of Iowa*, 490 U.S. 296, 310 (1989).