IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02521-WYD-MEH

PAGE PENK,

    Plaintiff,

v.

THE HONORABLE DENNIS BRINKER, President, Colorado State Land Board,

    Respondent.

## ORDER

    This Matter is before the Court on Defendant's Motion to Stay All Matters Pending Decision on Defendant's Dispositive Motion [Docket # 29], filed on March 29, 2007.  The Court, having reviewed the motion and being fully advised on the premises, does hereby

    ORDER that the Defendant's Motion to Stay is **GRANTED**.  In accordance therewith, it is

    ORDERED that all discovery is stayed pending resolution of Defendant's dispositive motion.

Dated:  April 3, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge